1  Benjamin R. Buchwalter (State Bar No. 301130)
      ben.buchwalter@bakermckenzie.com
2  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
3  San Francisco, California 94111
   Telephone:  + 1 415 576 3000
4  Facsimile:   + 1 415 576 3099

5  Attorneys for Defendant
   CHERNE CONTRACTING CORPORATION

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  BEATRICE PARKER on behalf of herself, and       Case No.  4:18-cv-01912-HSG
    all others similarly situated,
12
                       Plaintiff,
13
           v.                                        **DEFENDANT'S NOTICE OF
14                                                   MOTION AND MOTION TO DISMISS
    CHERNE CONTRACTING CORPORATION,                  PLAINTIFF'S COMPLAINT
15  and DOES 1 through 10, inclusive,                PURSUANT TO FED. R. CIV. P.
                                                     12(B)(6) OR IN THE ALTERNATIVE
16                     Defendants.                   TO COMPEL ARBITRATION**

17                                                   Date:      July 19, 2018
                                                     Time:      2:00 PM
18                                                   Ctrm:      2
                                                     Judge:     Hon. Haywood S. Gilliam, Jr.
19

20

21

22

23

24

25

26

27

28

TO PLAINTIFF BEATRICE PARKER AND HER ATTORNEYS OF RECORD, ERIC A. GROVER AND ROBERT WILLIAM SPENCER OF KELLER GROVER LLP:

PLEASE TAKE NOTICE that on July 19, 2018 at 2:00 PM, or as soon thereafter as the matter may be heard in Courtroom 2 of the above-titled court, located at 1301 Clay Street, Oakland, California, 94612, Defendant Cherne Contracting Corporation ("Cherne") will move the Court for an order dismissing Plaintiff Beatrice Parker ("Plaintiff")'s Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that Plaintiff fails to state a claim upon which relief can be granted.

Plaintiff's claims are premised on Cherne's purported failure to comply with California law on overtime, meal, and rest breaks.  But Plaintiff is exempt from the California Labor Code ("Labor Code") and Industrial Wage Commission ("IWC") Wage Order provisions upon which she bases her claims.  Namely, during her employment with Cherne, Plaintiff was a construction worker subject to valid collective bargaining agreements ("CBAs") that contain certain terms which meet the exemption requirements under Labor Code §§ 512(e) and 514, and IWC Wage Order 16-2001 §§ 3(H)(1), 10(E), and 11(E).  As a result, Plaintiff's Second, Fourth, and Sixth Causes of Action under Labor Code §§ 510, 512, and IWC Wage Order 16-2001 §§ 3, 10, and 11 are statutorily barred. Moreover, those same claims are preempted by Section 301 of the Labor Management Relations Act because they arise from the employment terms and conditions defined by valid CBAs to which Plaintiff is subject, and would otherwise require interpretation of those CBAs.  Finally, Plaintiff's remaining claims under California Business and Professions Code §§ 17200 *et seq.*, the Private Attorneys General Act, and Labor Code §§ 201-203 and 226 — as set forth in her First, Third, Fifth, and Seventh through Fourteenth Causes of Action — all fail because they derive from her untenable Second, Fourth, and Sixth Causes of Action.  Accordingly, all of Plaintiff's claims must be dismissed.

Alternatively, in the event the Court does not dismiss Plaintiff's claims, Cherne requests that this Court enter an order compelling Plaintiff to arbitrate her claims under the mandatory grievance and alternative dispute resolution procedures set forth in the applicable CBAs to which she is subject.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

1

NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT OR COMPEL ARBITRATION
Case No 4:18-cv-01912-HSG

Cherne's motion is based on this notice, the accompanying memorandum of points and authorities, the Request for Judicial Notice, as well as all pleadings, papers, and records on file in this action, and such other oral argument and documentary evidence as may be presented at or before the time of the hearing of this motion.

DATED:  April 18, 2018.                                    BAKER & McKENZIE LLP


By: */s/ Benjamin R. Buchwalter*
    Benjamin R. Buchwalter
    Attorneys for Defendants
    CHERNE CONTRACTING
    CORPORATION

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT OR COMPEL ARBITRATION
Case No 4:18-cv-01912-HSG