1  ERIC A. GROVER (SBN 136080)
   eagrover@kellergrover.com
2  ROBERT W. SPENCER (SBN 238491)
   rspencer@kellergrover.com
3  **KELLER GROVER LLP**
4  1965 Market Street
   San Francisco, California 94103
5  Telephone: (415) 543-1305
   Facsimile: (415) 543-7861
6
7  SCOT BERNSTEIN (SBN 94915)
   swampadero@sbernsteinlaw.com
8  **LAW OFFICES OF SCOT D. BERNSTEIN,**
   **A PROFESSIONAL CORPORATION**
9  101 Parkshore Drive, Suite 100
   Folsom, California 95630
10 Telephone: (916) 447-0100
   Facsimile: (916) 933-5533
11
12 Attorneys for Plaintiff
   BEATRICE PARKER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEATRICE PARKER on behalf of herself, and all others similarly situated, and all aggrieved employees,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHERNE CONTRACTING CORPORATION; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No: 4:18-cv-01912-HSG<br><br>CLASS AND REPRESENTATIVE ACTION<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE RELATED TO DEFENDANT'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) OR IN THE ALTERNATIVE TO COMPEL ARBITRATION**<br><br>[Local Rule 6-2] |

Plaintiff Beatrice Parker ("Plaintiff") and Defendant Cherne Contracting Corporation ("Defendant"), by and through their counsel of record, jointly submit the following Stipulation:

WHEREAS, Defendant removed this case to the U.S. District Court for the Northern District of California on March 28, 2018;

WHEREAS, Defendant filed a motion to dismiss or, in the alternative, to compel arbitration (Dkt. 8) with a scheduled hearing date of July 19, 2018;

WHEREAS, the parties have met and conferred and have agreed that, pending Court approval, Plaintiff's opposition shall be filed on or before May 24, 2018 and Defendant's reply shall be filed on or before June 28, 2018;

WHEREAS, the briefing schedule agreed to by the parties will result in the motion being fully briefed three weeks before the scheduled hearing date of July 19, 2018;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties, that Plaintiff's opposition to Defendant's motion to dismiss or, in the alternative, to compel arbitration, shall be filed on or before May 24, 2018 and Defendant's reply shall be filed on or before June 28, 2018.

DATED: April 30, 2018.          BAKER & McKENZIE LLP

By: */s/* Arthur Rooney
_____
Arthur Rooney (*pro hac vice* to be filed)
Attorneys for Defendants
CHERNE CONTRACTING
CORPORATION

DATED: April 30, 2018          KELLER GROVER LLP

By: /s/ Eric A. Grover
_____
Eric A. Grover
Attorneys for Plaintiff
Beatrice Parker

*The filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

---

**STIPULATION AND ORDER RE BRIEFING SCHEDULE**  2  CASE NO. 4:18-CV-01912-HSG

## **ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff's opposition to Defendant's motion to dismiss or, in the alternative, to compel arbitration, shall be filed on or before May 24, 2018 and Defendant's reply shall be filed on or before June 28, 2018.

Dated: May 1, 2018

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax. 415.543.7861