1  Michael E. Brewer (State Bar No. 177912)
    michael.brewer@bakermckenzie.com
2  **BAKER & McKENZIE LLP**
    Two Embarcadero Center, 11th Floor
3  San Francisco, California 94111
    Telephone: + 1 415 576 3000
4  Facsimile:  + 1 415 576 3099

5  Attorneys for Defendant
    CHERNE CONTRACTING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE PARKER on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHERNE CONTRACTING CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:18-cv-01912-HSG<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:  July 19, 2018<br>Time:  2:00 p.m.<br>Ctrm:  2<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

CASE NO.: 4:18-cv-01912-HSG
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

## **STIPULATION**

Pursuant to Local Rule 6-2, Plaintiff Beatrice Parker ("Plaintiff") and Defendant Cherne Contracting Corporation ("Defendant"), by and through their counsel of record, jointly submit the following Stipulation as follows:

WHEREAS, on April 18, 2018, Defendant filed a Motion to Dismiss or in the Alternative to Compel Arbitration ("Motion"), and the Hearing on that Motion is scheduled for July 19, 2018 [Dkt 8];

WHEREAS, on June 6, 2018, the Case Management Conference was continued to July 19, 2018 to coincide with the hearing on Defendant's Motion [Dkt 18];

WHEREAS, counsel for Defendant now has a conflict on July 19, 2018, and respectfully requests that the Motion Hearing and Case Management Conference be rescheduled;

WHEREAS, the Parties have agreed on the new date of **August 30, 2018** for the Motion to be heard before the Court, as well as the Case Management Conference;

NOW THEREFORE, in consideration of the foregoing, Plaintiff and Defendant, by and through their respective counsel, hereby STIPULATE and AGREE as follows:

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties, that good cause exists for the Case Management Conference and Motion Hearing set for July 19, 2018 to be continued to August 30, 2018 at 2:00 p.m.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

1

CASE NO.: 4:18-cv-01912-HSG
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: July 16, 2018 | BAKER & McKENZIE LLP |
| 2 | | |
| 3 | | By: /s/ Michael E. Brewer |
| 4 | | Michael E. Brewer<br>Attorney for Defendant<br>CHERNE CONTRACTING CORPORATION |
| 5 | | |
| 6 | Dated: July 16, 2018 | KELLER GROVE LLP |
| 7 | | |
| 8 | | By: /s/ Eric A. Grover<br>Eric A. Grover |
| 9 | | Attorney for Plaintiff<br>BEATRICE PARKER |

## Signature Attestation

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: July 16, 2018                                    BAKER & McKENZIE LLP


By: /s/ Michael E. Brewer
    Michael E. Brewer

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

2

CASE NO.: 4:18-cv-01912-HSG
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

# **ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference and Motion Hearing set for July 19, 2018 is continued to August 30, 2018 at 2:00 p.m.

IT IS SO ORDERED

Dated: 7/17/2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

3

CASE NO.: 4:18-cv-01912-HSG
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE