UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE PARKER, | Case No. 18-cv-01912-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | Re: Dkt. No. 35 |
| CHERNE CONTRACTING CORPORATION, | |
| Defendant. | |

The parties submitted a proposed schedule on February 19, 2019. *See* Dkt. No. 35. Having considered the parties' proposed schedule, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Initial Disclosures | April 23, 2019 |
| Motion for Class Certification | October 11, 2019 |
| Opposition to Motion for Class Certification | November 11, 2019 |
| Reply in Support of Motion for Class Certification | December 11, 2019 |
| Class Certification Hearing | January 9, 2020 at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order. This order terminates Docket Number 35.

**IT IS SO ORDERED.**

Dated: 2/22/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge