Michael E. Brewer (State Bar No. 177912)
michael.brewer@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, California 94111
Telephone: + 1 415 576 3000
Facsimile: + 1 415 576 3099

Arthur J. Rooney (admitted pro hac vice)
arthur.rooney@bakermckenzie.com
**Baker & McKenzie LLP**
300 East Randolph Street, Suite 5000
Chicago, IL 60601
Telephone: +1 312 861 2838
Facsimile: +1 312 698 2960

Attorneys for Defendant
CHERNE CONTRACTING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE PARKER on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHERNE CONTRACTING CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:18-cv-01912-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

CASE NO.: 4:18-cv-01912-HSG
STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT

Pursuant to Local Rule 6-2, Plaintiff Beatrice Parker ("Plaintiff") and Defendant Cherne Contracting Corporation ("Defendant") hereby stipulate to this request that the Court enter an order extending Defendant's time to file its response to Plaintiff's Second Amended Complaint (Dkt. # 32, "Motion to Dismiss") until **March 11, 2019**. Good cause exists for the extension, and this extension should not affect the currently scheduled hearing date.

**RECITALS**

1. Defendant removed this case to the U.S. District Court for the Northern District of California on March 28, 2018. (Dkt. # 1.) Defendant subsequently filed its Motion to Dismiss (Dkt. No. 8).

2. On January 29, 2019, the Court granted in part and denied in part Defendant's Motion to Dismiss. (Dkt. No. 32.)

3. On February 11, 2019, Plaintiff filed a Second Amended Complaint (Dkt. No. 32 "SAC".)

4. On March 25, 2019, the parties filed a Stipulation for Extension of Time To Respond to Second Amended Complaint, extending Defendant's time to respond to the SAC by seven days from February 25, 2019 to March 4, 2019. (Dkt. No. 37.)

5. On February 26, 2019, this Court granted a stipulation extending Defendant's time to respond to the SAC until March 4, 2019 (Dkt. No. 38).

6. On March 4, 2019, the parties met and conferred and agreed to request an order extending the time for Defendant to file its response to Plaintiff's SAC. The parties agreed to an extension until March 11, 2019.

7. Good cause exists for the extension, and the extension request is brought in good faith and not for purposes of undue delay. Defendant is analyzing whether it will file a partial or complete motion to dismiss the SAC and is conferring with Plaintiff's counsel about the arguments.

///

///

///

///

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

1

CASE NO.: 4:18-cv-01912-HSG
STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT

# STIPULATION

Pursuant to Local Civil Rule 6-2, the parties hereby jointly stipulate to a request for an order granting Defendant a seven-day extension, until March 11, 2019, within which to file its response to Plaintiff's Second Amended Complaint.

Dated: March 4, 2019				BAKER & McKENZIE LLP


						By: */s/ Arthur J. Rooney*
						    Arthur J. Rooney

						Attorney for Defendant
						CHERNE CONTRACTING CORPORATION

Dated: March 4, 2019				KELLER GROVE LLP


						By: */s/ Robert Spencer*
						    Robert Spencer

						Attorney for Plaintiff
						BEATRICE PARKER

## Signature Attestation

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: March 4, 2019				BAKER & McKENZIE LLP


						By: */s/ Arthur J. Rooney*
						    Arthur J. Rooney

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

2

CASE NO.: 4:18-cv-01912-HSG
STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO SECOND AMENDED COMPLAINT

**ORDER**

Pursuant to the foregoing stipulation to extend time for Defendant to file its response to Plaintiff's Second Amended Complaint, Defendant's response is now due on March 11, 2019.

IT IS SO ORDERED

Dated: March 5, 2019

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000