ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 447-0100
Facsimile: (916) 933-5533

Attorneys for Plaintiff
BEATRICE PARKER

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE PARKER on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHERNE CONTRACTING CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:18-cv-01912-HSG<br><br><u>CLASS AND REPRESENTATIVE ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Case Removed: March 28, 2018<br>Trial Date: None |

Plaintiff Beatrice Parker ("Plaintiff") and Defendant Cherne Contracting Corporation ("Defendant") hereby stipulate to this request that the Court enter an order modifying the scheduling order (Dkt. # 36).

**RECITALS**

1. On January 29, 2019, the Court granted in part and denied in part Defendant's Motion to Dismiss. (Dkt. No. 32.)

2. On May 14, 2019, the parties participated in a mediation session that did not resolve the case.

3. Plaintiff has issued written discovery and the parties have met and conferred over dates available to depose Defendant's persons most knowledgeable.

4. The earliest dates available for the persons most knowledgeable depositions are August 26-27, 2019 in Minneapolis, Minnesota.

5. Good cause exists for the modification of the scheduling order, and the modification request is brought in good faith and not for purposes of undue delay.

**STIPULATION**

The parties hereby jointly stipulate to a request for an order granting modifying the scheduling order as set forth in the table below:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| File Class Certification Motion | October 11, 2019 | January 10, 2020 |
| File Class Cert Opposition | November 11, 2019 | February 7, 2020 |
| File Class Cert Reply | December 11, 2019 | March 6, 2020 |
| Hearing date and time | January 9, 2020 at 2:00 p.m. | April 23, 2020 at 2:00 p.m. |

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax. 415.543.7861

Dated: July 3, 2019					BAKER & McKENZIE LLP

							By: /s/ Arthur J. Rooney
							   Arthur J. Rooney

							Attorney for Defendant
							CHERNE CONTRACTING CORPORATION


Dated: July 3, 2019					KELLER GROVER LLP

							By: /s/ Eric A. Grover
							   Robert Spencer

							Attorney for Plaintiff
							BEATRICE PARKER

### Signature Attestation

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: July 3, 2019					KELLER GROVER LLP

							By: /s/ Eric A. Grover
							   Robert Spencer

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation the scheduling order is modified as follows:

|  | Current Deadline | Continued Deadline |
|---|---|---|
| File Class Certification Motion | October 11, 2019 | January 10, 2020 |
| File Class Cert Opposition | November 11, 2019 | February 7, 2020 |
| File Class Cert Reply | December 11, 2019 | March 6, 2020 |
| Hearing date and time | January 9, 2020 at 2:00 p.m. | April 23, 2020 at 2:00 p.m. |

IT IS SO ORDERED

Dated: 7/16/2019



DENIED

Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP & [PROP] ORDER TO EXTEND TIME TO FILE MOTION FOR CLASS CERT — 3 — CASE NO. 4:18-CV-01912-HSG