Michael E. Brewer (State Bar No. 177912)
  michael.brewer@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, California 94111
Telephone: + 1 415 576 3000
Facsimile: + 1 415 576 3099

Arthur J. Rooney (admitted pro hac vice)
arthur.rooney@bakermckenzie.com
**Baker & McKenzie LLP**
300 East Randolph Street, Suite 5000
Chicago, IL 60601
Telephone:   +1 312 861 2838
Facsimile:  +1 312 698 2960

Attorneys for Defendant
CHERNE CONTRACTING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE PARKER on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHERNE CONTRACTING CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:18-cv-01912-HSG<br><br>**JOINT STIPULATION AND ORDER SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   May 28, 2020<br>Time:  2:00 p.m.<br>Ctrm:  2<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

CASE NO.: 4:18-cv-01912-HSG
JOINT STIP. AND ORDER SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MSJ

## STIPULATION

Pursuant to this Court's Order (Dkt. No. 61), Plaintiff Beatrice Parker ("Plaintiff") and Defendant Cherne Contracting Corporation ("Defendant"), by and through their counsel of record, jointly submit the following Stipulation:

WHEREAS, on October 17, 2019, Plaintiff filed a Motion For Leave To File A Third Amended Complaint;

WHEREAS, on November 12, 2019, Plaintiff filed a Motion For Class Certification;

WHEREAS, on February 27, 2020, the Parties attended a hearing on Plaintiff's Motion For Class Certification and Plaintiff's Motion For Leave To File A Third Amended Complaint;

WHEREAS, on February 28, 2020, the Court entered an order requiring the Parties to e-file a stipulation and proposed order setting a briefing and hearing schedule for a motion for summary judgment. The Court also deferred judgment on Plaintiff's Motion For Class Certification and Plaintiff's Motion For Leave To File A Third Amended Complaint, and further ordered that an omnibus hearing would be held for Plaintiff's Motion For Class Certification, Plaintiff's Motion For Leave To File A Third Amended Complaint, and Defendant's Motion For Summary Judgment (Dkt. No. 61);

WHEREAS, as directed by the Court, the Parties have met and conferred and agreed on a briefing and hearing schedule for Defendant's Motion For Summary Judgment;

WHEREAS, the Parties have and conferred and have agreed that, pending Court approval, Plaintiff will have 30 days to prepare an opposition and Defendant will have 14 days to prepare a response;

WHEREAS, good cause exists for the extended briefing schedule to enable the Parties to have more time to provide briefing to better assist the Court in resolving the Motion For Summary Judgment;

WHEREAS, the requested modification does not impact the scheduling of the case, as no pending deadlines or hearing dates will be impacted by the extended schedule;

///

///

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

NOW THEREFORE, in consideration of the foregoing, Plaintiff and Defendant, by and through their respective counsel, hereby STIPULATE and AGREE to the following proposed schedule:

- Defendant's Motion For Summary Judgment shall be filed on or before March 31, 2020;
- Plaintiff's Opposition To Defendant's Motion For Summary Judgment shall be filed on or before April 30, 2020;
- Defendant's Reply In Support Of Its Motion For Summary Judgment shall be filed on or before May 14, 2020; and
- The hearing on Defendant's Motion For Summary Judgment will be scheduled for May 28, 2020, or as soon thereafter as the Court is available.

Dated: March 11, 2020        BAKER & McKENZIE LLP


By: */s/ Arthur J. Rooney*
    Arthur J. Rooney
    Attorney for Defendant

Dated: March 11, 2020        KELLER GROVER LLP


By: */s/ Eric A. Grover*
    Eric A. Grover
    Attorney for Plaintiff


### Signature Attestation

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: March 11, 2020        BAKER & McKENZIE LLP


By: */s/ Arthur J. Rooney*
    Arthur J. Rooney

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

2

CASE NO.: 4:18-cv-01912-HSG
STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE

# **ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

- Defendant's Motion For Summary Judgment shall be filed on or before March 31, 2020;
- Plaintiff's Opposition To Defendant's Motion For Summary Judgment shall be filed on or before April 30, 2020;
- Defendant's Reply In Support Of Its Motion For Summary Judgment shall be filed on or before May 14, 2020;
- The hearing on Defendant's Motion For Summary Judgment will be scheduled for May 28, 2020 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: 3/12/2020

Hon. Haywood S. Gilliam, Jr.
United States District Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000