UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SWANGLER,<br><br>    Plaintiff,<br><br>    v.<br><br>CHERNE CONTRACTING CORPORATION,<br><br>    Defendant. | Case No. 20-cv-00611-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Parker v. Cherne Contracting Corp.*, Case No. 18-cv-01912.

**IT IS SO ORDERED.**

Dated: March 24, 2020

_____
WILLIAM H. ORRICK
United States District Judge