ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 4417-0100
Facsimile: (916) 933-5533

*Attorneys for Plaintiff*
BEATRICE PARKER

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE PARKER, on behalf of herself, all others similarly situated and all aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>CHERNE CONTRACTING CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 4:18-cv-01912-HSG<br><br>CLASS AND REPRESENTATIVE ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CHANGE TIME**<br><br>Ctrm:  2<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint filed: February 13, 2018<br>SAC filed: February 11, 2019 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Administrative Motion to Change Time to Continue the Hearing on Defendant Cherne Contracting Corporation's Motion for Summary Judgment and Plaintiff's Motion for Class Certification, and Defendant's response thereto, and good cause appearing, **IT IS HEREBY ORDERED** that:

Plaintiff's Motion is **GRANTED**. Defendant's Motion for Summary Judgment and Plaintiff's Motion for Class Certification currently scheduled for May 28, 2020 are off calendar. By no later than three court days after the decision is issued by the California Court of Appeal in *Gutierrez v. Brand Energy Services of California, Inc.*, Plaintiff shall file a copy of the decision with the Court and request a new hearing date on Defendant's Motion for Summary Judgment and Plaintiff's Motion for Class Certification.

**IT IS SO ORDERED.**

Dated: _____5/21/2020_____

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE