ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone:  (415) 543-1305
Facsimile:  (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN,**
**A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone:  (916) 447-0100
Facsimile:   (916) 933-5533

Attorneys for Plaintiffs
BEATRICE PARKER and JEFFREY GURULE, SR.
[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE PARKER and JEFFREY GURULE, SR., on behalf of herself, and all others similarly situated, and all aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>CHERNE CONTRACTING CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No:  4:18-cv-01912-HSG<br><br>CLASS AND REPRESENTATIVE ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING APPROVAL TO SEND CORRECTIVE NOTICE TO AGGRIEVED EMPLOYEES** |

STIPULATION AND [PROPOSED] ORDER RE CORRECTIVE NOTICE                    CASE NO. 4:18-CV-01912-HSG

Plaintiffs Beatrice Parker and Jeffrey Gurule, Sr. ("Plaintiffs") and Defendant Cherne Contracting Corporation ("Defendant"), by and through their counsel of record, jointly submit the following stipulation and request:

WHEREAS, on September 2, 2021, the Settlement Administrator, RG2 Claims Administration LLC, mailed the Class Notice to the 1,891 Class Members.

WHEREAS, also on September 2, 2021, the Settlement Administrator mistakenly mailed Class Notices to the 320 individuals who are Aggrieved Employees but who are not Class Members telling them that their share of the class settlement was zero dollars.

WHEREAS, to avoid confusion on the part of the Aggrieved Employees, the parties would like permission to send a corrective notice to the Aggrieved Employees.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, that the "Corrective Notice" attached hereto as **Exhibit A** should be mailed by the Settlement Administrator to the 320 Aggrieved Employees who are not Class Members and a copy of the Corrective Notice should be posted on the settlement website.

DATED: September 22, 2021        PERKINS COIE LLP

By: /s/ *Arthur Rooney*
   Arthur Rooney (*pro hac vice* to be filed)
   Attorneys for Defendants
   CHERNE CONTRACTING
   CORPORATION

DATED: September 22, 2021        KELLER GROVER LLP

By: /s/ *Eric A. Grover*
   Eric A. Grover
   Attorneys for Plaintiff
   Beatrice Parker

*The filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that, by no later than seven days from the date of this Order, the Settlement Administrator shall mail the proposed Corrective Notice to all Aggrieved Employees who are not Class Members and post a copy of the Corrective Notice on the settlement website.

Dated: _____  _____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*Parker, et al v. Cherne Contracting Corporation*
**Case No. 18-cv-01912-HSG**

**CORRECTIVE NOTICE**

On September 2, 2021, you were sent a Notice of Class Action Settlement in *Parker, et al v. Cherne Contracting Corporation.* That Notice was sent to you in error. That Notice was only meant for employees of Cherne in California who worked some or all of the period from December 18, 2016 through June 6, 2019, inclusive, *and received one or more paper paychecks*. According to Cherne's pay records, even if you worked for Cherne during that time period, you did not receive any paper paychecks between December 18, 2016 through June 6, 2019, inclusive.

Because the Class Notice was sent to you in error, nothing in the Notice related to the class settlement applies to you. By way of example, because you are not a class member, you cannot request exclusion from the class settlement or object to the class settlement.

Even though you are not a class member, you have been identified as an "Aggrieved Employee," defined as all hourly employees who worked for Cherne in California at any time between December 18, 2016 through February 22, 2021, inclusive. Plaintiff Parker and Cherne reached a settlement of the claims for PAGA civil penalties alleged in the lawsuit. The Court will decide whether to approve the PAGA settlement on December 2, 2021. The total PAGA settlement is for $500,000. However, by law, $375,000 must be paid to the State of California's Labor and Workforce Development Agency for the enforcement of the state's labor laws. If approved, the remaining $125,000 will be distributed to the Aggrieved Employees as described below.

Pursuant to the settlement, the $125,000 shall be divided by the total number of Qualified Pay Periods (defined as any pay period in which an Aggrieved Employee performed work for Defendant in California between December 18, 2016 and February 22, 2021, inclusive), as determined by Cherne's records. This amount is called the "Payment Ratio." Each Aggrieved Employee shall be paid an amount equal to his or her number of individual Qualified Pay Periods multiplied by the Payment Ratio. The amount you are scheduled to receive as part of the PAGA settlement is shown on page one of the Notice that received.

Aggrieved Employees may not request exclusion from or object to the PAGA settlement. If the PAGA settlement is approved by the Court, you will automatically be mailed a settlement check for your share of the PAGA settlement.

If you have any questions or would like a copy of the settlement agreement, please contact Class Counsel Eric A. Grover at 415-543-1305, the Settlement Administrator at 866-742-4955, or visit the Settlement Administrator's website www.rg2claims.com/cherne.html