ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone:  (415) 543-1305
Facsimile:   (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN,**
**A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone:  (916) 447-0100
Facsimile:   (916) 933-5533

Attorneys for Plaintiffs
BEATRICE PARKER and JEFFREY GURULE, SR.
[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE PARKER and JEFFREY GURULE, SR., on behalf of herself, and all others similarly situated, and all aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>CHERNE CONTRACTING CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No:  4:18-cv-01912-HSG<br><br>CLASS AND REPRESENTATIVE ACTION<br><br>**STIPULATION AND ORDER REQUESTING APPROVAL TO SEND CORRECTIVE NOTICE TO AGGRIEVED EMPLOYEES** |

1  Plaintiffs Beatrice Parker and Jeffrey Gurule, Sr. ("Plaintiffs") and Defendant Cherne
2  Contracting Corporation ("Defendant"), by and through their counsel of record, jointly submit the
3  following stipulation and request:
4  WHEREAS, on September 2, 2021, the Settlement Administrator, RG2 Claims
5  Administration LLC, mailed the Class Notice to the 1,891 Class Members.
6  WHEREAS, also on September 2, 2021, the Settlement Administrator mistakenly mailed
7  Class Notices to the 320 individuals who are Aggrieved Employees but who are not Class Members
8  telling them that their share of the class settlement was zero dollars.
9  WHEREAS, to avoid confusion on the part of the Aggrieved Employees, the parties would
10 like permission to send a corrective notice to the Aggrieved Employees.
11 NOW, THEREFORE, IT IS STIPULATED AND AGREED, that the "Corrective Notice"
12 attached hereto as **Exhibit A** should be mailed by the Settlement Administrator to the 320 Aggrieved
13 Employees who are not Class Members and a copy of the Corrective Notice should be posted on the
14 settlement website.

15 DATED: September 22, 2021           PERKINS COIE LLP

                                      By: /s/ *Arthur Rooney*
                                      _____
                                      Arthur Rooney (*pro hac vice* to be filed)
                                      Attorneys for Defendants
                                      CHERNE CONTRACTING
                                      CORPORATION

20 DATED: September 22, 2021           KELLER GROVER LLP

                                      By: /s/ *Eric A. Grover*
                                      _____
                                      Eric A. Grover
                                      Attorneys for Plaintiff
                                      Beatrice Parker

*The filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

## ORDER

**IT IS HEREBY ORDERED** that, by no later than seven days from the date of this Order, the Settlement Administrator shall mail the proposed Corrective Notice to all Aggrieved Employees who are not Class Members and post a copy of the Corrective Notice on the settlement website.

Dated: 9/23/2021

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE