ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for Plaintiffs and the Certified Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE PARKER on behalf of herself, and all others similarly situated, and all aggrieved employees,<br><br>Plaintiff,<br><br>v.<br><br>CHERNE CONTRACTING CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case 4:18-cv-01912-HSG<br><br>**JUDGMENT**<br><br>Judge: Hon. Haywood S. Gilliam Jr. |

Pursuant to the Court's December 9, 2021 Order Granting Motion For Final Approval of Class Action and PAGA Settlement and Motion for Award of Attorneys' Fees and Costs, And Incentive Awards ("Final Approval Order"), Dkt. 110, it is hereby ORDERED that final judgment in this matter is entered in accordance with the Final Approval Order and the settlement it incorporates. The Released Claims of all Settlement Class Members, the PAGA Released Claims, and all claims in the action are hereby dismissed in their entirety with prejudice and without costs. Nothing herein waives or prejudices the rights of Settlement Class Members who have timely excluded themselves from the settlement.

The Court retains continuing jurisdiction over the parties, the action, and the settlement for purposes of enforcing the settlement and resolving disputes under the Settlement Agreement. This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

**IT IS SO ORDERED.**

Dated: January 3, 2022          By: /s/ Haywood S. Gilliam, Jr.
                                     Haywood S. Gilliam, Jr.
                                     United States District Judge